■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH CUTHBERT, Appellant. — Appeal by defendant from a judgment of the County Court, Nassau County (Harrington, J.), rendered June 24, 1983, convicting him of manslaughter in the second degree, upon a jury verdict, and imposing sentence.

Judgment affirmed.

The evidence proved beyond a reasonable doubt that defendant committed the acts for which he was convicted (see *Jackson v Virginia,* 443 US 307; *People v Kennedy,* 47 NY2d 196).

We have considered defendant's other contentions and find them to be without merit. Lazer, J. P., Mangano, Bracken and Niehoff, JJ., concur.